In the Matter of FFT Senior Communities, Inc., Respondent, v Town of Canandaigua et al., Appellants.

Submitted November 10, 2014; decided January 8, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine a proceeding within the meaning of the Constitution.

Andrew J. Homar et al., Appellants, v American Home Mortgage Acceptance, Inc., et al., Respondents, et al., Defendant.

Submitted November 17, 2014; decided January 8, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Susan Larabee et al., Appellants, v Governor of the State of New York et al., Respondents.

Submitted January 5, 2015; decided January 8, 2015

Motion by Association of Justices of the Supreme Court of the State of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of Edwin Lopez, Respondent, v Andrea Evans, Appellant.

Submitted December 29, 2014; decided January 8, 2015

Motion by Association of the Bar of the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.